1  COLLIN D. COOK, SBN 251606
   ccook@fisherphillips.com
2  FISHER & PHILLIPS LLP
3  2050 Main Street, Suite 1000
   Irvine, California 92614
4  Telephone: (949) 851-2424
5  Facsimile: (949) 851-0152

6  AARON D. LANGBERG, SBN 284975
7  alangberg@fisherphillips.com
   FISHER & PHILLIPS LLP
8  One Embarcadero Center, Suite 2050
9  San Francisco, California 94111
   Telephone: (415) 490-9000
10 Facsimile: (415) 490-9001

11 Attorney for Defendant
12 MIKE ROVNER CONSTRUCTION, INC.

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ANDRES CARMONA-MORALES, | Case No: _____ |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT MIKE ROVNER CONSTRUCTION, INC.'S PETITION AND NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367, 1441(A), AND 1446 (FEDERAL QUESTION)** |
| MIKE ROVNER CONSTRUCTION, INC.; and DOES 1-20, inclusive, | |
| Defendant. | [*Removed from Los Angeles Superior Court, Civil Case No.: 20STCV01803*] |
| | Action filed:   January 15, 2020<br>Removal Date:  March 13, 2020<br>Trial Date:     None set |

**TO PLAINTIFF AND THE CLERK OF THE ABOVE ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant MIKE ROVNER CONSTRUCTION, INC. ("Defendant") hereby removes the above-referenced action of Plaintiff ANDRES CARMONA-MORALES ("Plaintiff") from the Superior Court of California, County of Los Angeles to the United States District Court for the Central District of California on federal question jurisdiction grounds pursuant to 28 U.S.C. sections 1331, 1367, 1441(a), and 1446. In support of removal, Defendant states as follows:

## I. PROCEDURAL HISTORY

On January 15, 2020, Plaintiff filed a Complaint in the Superior Court of California, County of Los Angeles entitled *Carmona-Morales v Mike Rovner Construction, Inc.*, Los Angeles Superior Court Case No. 20STCV01803 ("Complaint"). The Complaint alleges causes of action against Defendant for:

(1) Wrongful Termination in Violation of Public Policy;

(2) FMLA Interference; and

(3) FMLA Retaliation.

Defendant was personally served with the Summons and Complaint on February 12, 2020. (Request for Judicial Notice ("RJN"), Ex. E.) A copy of the Summons, the Complaint, and related documents that were served upon Defendant are attached hereto as **Exhibit A.**

Defendant filed an Answer to Plaintiff's Complaint on March 11, 2020. A true and correct copy of the Answer is attached hereto as **Exhibit B**. The Complaint and Answer constitute all process, pleadings, and orders received by Defendant, and all process, pleadings and orders known by Defendant to exist in this action.

## II. BASIS FOR REMOVAL JURISDICTION

Plaintiff's Complaint is removable based on federal question jurisdiction. Federal question jurisdiction exists and this Court has original jurisdiction over

1  Plaintiff's Complaint because it alleges claims arising under federal law—specifically,
2  Family and Medical Leave Act (FMLA) interference and retaliation in violation of 29
3  U.S.C. § 2601, *et seq*. (Ex. B, Complaint, ¶¶ 1, 3, 35-77); *Mims v. Arrow Fin'l
4  Services, LLC*, 565 U.S. 368, 376–77 (2012) ("[A] federally created claim for relief is
5  generally a sufficient condition for federal-question jurisdiction.") (internal citations
6  omitted).  Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court
7  of which the district courts of the United States have original jurisdiction, may be
8  removed by the defendant or the defendants, to the district court of the United States
9  for the district and division embracing the place where such action is pending." This
10 Court therefore has original jurisdiction of the above-entitled action pursuant to 28
11 U.S.C. § 1331, and removal of the action to this Court is proper pursuant to 28
12 U.S.C. § 1441.

13  This Court has supplemental jurisdiction over the remaining state law claim for
14 Wrongful Termination in Violation of Public Policy.  A plaintiff's pleading of claims
15 under state law does not preclude removal of an action involving a federal claim.
16 Rather, the federal claim creates supplemental jurisdiction over the entire action under
17 28 U.S.C. § 1367, including jurisdiction over non-federal claims and supplemental
18 parties, as long as the state law claims are transactionally related to the federal claim.
19 *See*, *City of Chicago v. International College of Surgeons*, 522 U.S. 156, 165 (1997).

20  Here, Plaintiff's state law claim for Wrongful Termination in Violation of
21 Public Policy is related to Plaintiff's employment with Defendant and cessation
22 thereof and is therefore transactionally related to his federal claims for interference
23 and retaliation based on FMLA leave under 29 U.S.C. § 2601, *et seq.*  Accordingly,
24 this Court has supplemental jurisdiction over the entire action pursuant to 28 U.S.C.
25 § 1367. *See, e.g.*, *Palmer v. Hosp. Auth. of Randolph City*, 22 F.3d 1559, 1566 (11th
26 Cir. 1994); *Martin v. Home Depot U.S.A. Inc., et al.*, 2018 WL 6523440, at *1 (S.D.
27 Cal. Dec. 11, 2018).
28  ///

Accordingly, this case may be removed to this Court under 28 U.S.C. sections 1441(a) and 1446.

### III. TIMELINESS OF REMOVAL

Under 28 U.S.C. § 1446(b), a "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, . . ." The 30-day period for removal is triggered once service occurs. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

Defendant was served with the Complaint on February 12, 2020 and files this removal on March 13, 2020. (RJN, Exhibit E). This Removal is accordingly timely.

### IV. VENUE

This action is currently pending in the Superior Court for the County of Los Angeles. Venue properly lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. sections 1391(a) and 1441(a).

### V. NOTICE PROVIDED TO STATE COURT AND PLAINTIFF

Written notice of this Notice of Removal in the United States District Court for the Central District of California will be served on Plaintiff's counsel of record at BEAMAN JACINTO LAW, P.C. and SETHI LAW FIRM. A copy of the Notice to Adverse Party of Removal of Action to Federal Court is attached hereto as **Exhibit C** (without exhibits because the exhibit is this Notice). In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court in the Superior Court for the State of California, County of Los Angeles. A copy of the Notice to State Court of Removal of Action to Federal Court is attached hereto as **Exhibit D** (without exhibits because the exhibit is this Notice).

///
///
///
///
///

4
DEFENDANT MIKE ROVNER CONSTRUCTION, INC.'S PETITION AND NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1331, 1367, 1441(A), AND 1446

FP 37364681.1

Defendant respectfully removes the above-mentioned litigation, now pending before the Superior Court of California, Los Angeles County, to this Court based on federal question jurisdiction and supplemental jurisdiction of Plaintiff's state law claim.

Respectfully submitted,

FISHER & PHILLIPS, LLP

March 13, 2020          By:   */s/ Aaron D. Langberg*
                                    COLLIN D. COOK
                                    AARON D. LANGBERG
                                    Attorney for Defendant
                                    MIKE ROVNER CONSTRUCTION, INC.